## Summary of Record

### Appendix List with

### Decision and Orders

### And

### Affidavits of Service

### Enclosed

All Decision And Orders And Affidavit of Services for Pro-Se Applications Enclosed)

## Appendix

Are circled in Red

### Record on Appeal

### I. Direct Appeal

A = Appellate Brief Filed by Warren Landau of Appellate Advocates For The Defendant on June 27th, 2013

B = Appellate Brief Filed by Respondent, Richmond County District Attorney, Dated August 16th, 2013

(C =) Decision and Order - Denying Direct Appeal, Dated July 1st, 2015

D = Criminal Leave Application by A. Alexander Donn of Appellate Advocates For The Defendant, Filed on August 7th, 2015

E = Opposition to Criminal Leave Application by Respondent, Richmond County District Attorney, Filed on August 14th, 2015

(F =) Decision and Order - Denying Criminal Leave Application in New York State Court of Appeals, Dated April 4th, 2016

### II. Pro-Se Motions on Direct Appeal

(G =) Motion To Expand Appellate Record. Dated Sept. 10th, 2013

(H =) Supplemental Motion To Expand Appellate Record Dated Oct. 15th, 2013

I = Affirmation In Support of Motions To Expand Appellate Record Made By Warren Landau of Appellate Advocates Dated October 31st, 2013

J = Affirmation in Response To Motions To Expand Appellate Record Made By Respondents, Rich. Co. Dist. Atty, Dated November 7th, 2013

(K =) Decision and Order - Denying in Part (Except For Transcripts) Motion to Enlarge Judgment Roll (i.e. Expand the Appellate Record), Dated Jan. 6th, 2014

L = Motion to Resettle or Amend, Pursuant to 22 NYCRR §670.6 (A), the Jan. 6th, 2014 Order To Further Enlarge Judgment Roll, Submitted On or About Jan. 10th, 2014

M= Affirmation in Support of Motion To Resettle or Amend the JAN. 6th, 2014 Order Made by Warren Landau of Appellate Advocates, Dated Feb. 24th, 2014

N= Affirmation in Response To Supplemental Motion To Further Enlarge The Judgment Roll Made by Respondents, Rich. Co. Dist. Atty, Dated Feb. 27th, 2014

O= Decision And Order- Denying in Part (Except for Additional Transcripts) Motion To Resettle or Amend the JAN. 6th, 2014 Order To Further Enlarge The Judgment Roll, Dated April 21st, 2014

P= Affidavit, Mem. of Law and Exhibits in Support of Motion To Withdraw Appellate Counsels [Direct Appeal] Brief [Assign New Counsel] And/or For Stay of Action [To Consolidate CPL 440 Motion With Direct Appeal] Pursuant To CPLR §2221, Dated March 20th, 2014

Q= Affirmation in Response To Motion To Withdraw His Counseled Appellate Brief Made by Respondents, Rich. Co. Dist. Atty, Dated May 1st, 2014

R= Reply Affidavit in Response to Respondents Opposition to Motion To Withdraw Appellate Counsels Brief, Dated April 24th, 2014

S= Decision And Order- Denying Motion to Relieve Counsel, Strike Brief Filed And Assign New Counsel on Appeal To Aid in the Preperation of A Motion Pursuant to CPL 440, And to Hold Appeal in Abeyance Pending The Determination of Motion Pursuant to CPL 440, Dated May 19th, 2014

T= Pro-Se Supplemental Brief, Filed on Oct. 7th, 2014/Also Attached: Note See Below

U= Supplemental Brief for Respondent, Filed on April 14th, 2015

V= Pro-Se Supplemental Reply Brief, Submitted April 30th, 2015; Received And Rejected by App. Div., 2nd Dept. on May 5th, 2015

W= Motion To File Pro-Se Supplemental Reply Brief, Dated May 26th, 2015

X= Affirmation in Response to Motion To File Pro-Se Supplemental Reply Brief Made by Respondents, Rich. Co. Dist. Atty, Dated June 3rd, 2015

NOTE: Motion For Stay of Direct Appeal To Consolidate Pending Article 440, Filed Aug. 5th, 2014

Y = Affirmation in Response To Motion To File Pro-Se Supplemental Reply Brief Made by A. Alexander Donn of Appellate Advocates, Dated June 8th, 2015

Z = Decision and Order - Denying Motion To File Pro-Se Supplemental Reply Brief (After Direct Appeal Was Decided), Dated July 6th, 2015 (see Appendix "C")

III. Pro-Se Motions To Vacate The Judgment, Assign Counsel And Grant Hearing

AA = Affidavit, Mem. of Law and Exhibits in Support of Motion To Vacate The Judgment Pursuant to CPL § 440.10 (1)(c)(d)(f)(g)(h); And Seperately Filed Motions For Assignment of Counsel And Motion For An Evidentiary Hearing, Dated July 15th, 2014

BB = Affirmation in Response to Motions to Vacate The Judgment, To Assign Counsel And For Evidentiary Hearing Made By Respondents, Rich. Co, Dist. Atty, Dated Sept. 26th, 2014

CC = Decision And Order - Denying Motion To Vacate Judgment, Assign Counsel And For Evidentiary Hearing in One Combined Decision, Dated Dec. 15th 2014

DD = Motion For Certificate Granting Leave To Appeal All Parts of the Dec. 15th, 2014 Order (see Appendix "CC"), Assigned App. Div. Second Dept. Case # 2015-00499, Filed on Jan. 13th, 2015

EE = Affirmation in Opposition to Motion For Certificate Granting Leave To Appeal All Parts of Dec. 15th, 2014 Order (see Appendix "CC") Made By Respondents, Rich. Co. Dist. Atty, Dated Feb. 10th, 2015

FF = Reply Affidavit in Response to Respondents Opposition to Motion For Certificate Granting Leave To Appeal All Parts of Dec, 15th, 2014 Order (see Appendix "CC"), Dated Feb. 24th, 2015

GG = Decision And Order - Denying Only Part of Motion For Certificate Granting Leave To Appeal To Vacate The Judgment of Conviction Made on Dec. 15th, 2014 (see Appendix "CC"), Dated April 30th, 2015

HH = Decision and Order - Denying Only Parts of Motion For Certificate Granting Leave to Appeal For Assignment of Counsel and For An Evidentiary Hearing made on Dec. 15th, 2014 (see Appendix "CC") As "Not Appealable As of Right or By Permission (CPL 450.10, 450.15)" Dated April 30th, 2015

II = Motion to Reargue And Renew, Pursuant to CPLR § 2221 (d)(2) And (e)(2) the Decision and Order Denying Certificate Granting Leave to Appeal To Vacate The Judgment (see Appendix "GG" And "HH"), Dated June 25th, 2015

JJ = Affirmation in Opposition to Motion to Reargue and Renew the Decision and Orders Denying Certificate Granting Leave to Appeal to Vacate The Judgment (see Appendix "GG" And "HH") made by Respondents, Rich. Co. Dist. Atty., Dated July 17th, 2015

KK = Decision and Order - Denying Motion to Reargue And Renew the Decision and Orders Denying Certificate Granting Leave to Appeal to Vacate the Judgment (see Appendix "GG" And "HH"), Dated Sept. 24th, 2015


IV. Pro-Se Motions For Leave To Appeal to The N.Y.S. Court of Appeals - Direct Appeal

LL = Supplemental Criminal Leave Application From July 1st, 2015 Denial of My Direct Appeal (see Appendix "C"), Dated August 11th, 2015

MM = Motion To Withdraw Appellate Counsel As Counsel of Record And To Assign New Counsel, Made to App. Div., Second Dept., To File Seperate Leave To Appeal the May 19th, 2014 Order (see Appendix "S") to the New York State Court of Appeals, Dated October 1st, 2015

NN = Affirmation in Response To Pro-Se Motion To Substitute Counsel, Made By Respondents, Rich. Co, Dist. Atty., Dated October 22nd, 2015

OO = Affirmation in Response To Pro-Se Motion To Relieve Assigned Counsel By A. Alexander Donn of Appellate Advocates, Dated October 22nd, 2015

(PP=) Motion To Enlarge Appellate Record To Include Article 440 Motions In Conjunction With Seperate Leave To Appeal the MAY 19th, 2014 Order (see Appendix "S"), Made to N.Y.S. Court of Appeals, Dated Nov. 3rd, 2015

(QQ=) Decision and Order - Denying Motion To Relieve Counsel And Assign New Counsel, Made to App. Div., Second Dept., To File Seperate Leave To Appeal the MAY 19th, 2014 Order (see Appendix "S"), Dated January 8th, 2016

(RR=) Statement in Support of Application For Leave To Appeal the MAY 19th, 2014 Order (see Appendix "S"), Dated January 26th, 2016

(SS=) Decision and Order - Denying Leave To Appeal the MAY 19th, 2014, Order (see Appendix "S") As "Not Appealable Under CPL 450.90[i]), Dated April 4th, 2016

I. Pro-Se Motion For Writ of Error Coram Nobis And Supp. Motion To Expand The Record

(TT=) Affidavit and Mem. of Law in Support of Writ of Error Coram Nobis With Exhibits, And Supplemental Affidavit And Mem. of Law in Support of Motion to Expand the Record on Appeal with Exhibits, Dated Sept. 1st, 2016

UU = Affirmation In Response To Motions For Writ of Error Coram Nobis Relief BY A. Alexander Donn of Appellate Advocates, Dated October 12th, 2016

(VV=) Reply To Affirmation in Response To Motions For Writ of Error Coram Nobis Relief Made BY A. Alexander Donn of Appellate Advocates, Dated Oct. 27th, 2016

WW = Affirmation in Opposition to Motions For Writ of Error Coram Nobis Relief BY Respondents, Rich. Co. Dist. Atty., Dated January 13th, 2017

(XX=) Reply to Affirmation in Response To Motions For Writ of Error Coram Nobis Relief BY Respondents, Rich. Co. Dist. Atty., Dated February 1st, 2017

(YY=) Decision and Order - Denied Motions For Writ of Error Coram Nobis Relief AND To Expand The Record, Made by APP. Div., Second Dept. on April 12th, 2017

**VI.** Pro-Se Motions For Leave To Appeal Writ of Error Coram Nobis And To Expand The Record Made To New York State Court of Appeals

**(ZZ=)** Record on Appeal For Leave To Appeal Writ of Error Coram Nobis And To Expand The Record, Dated June 20th, 2017

**(AAA=)** Statement In Support of Certificate Granting Leave To Appeal Writ of Error Coram Nobis and to Expand the Record, Dated August 20th, 2017

**(BBB=)** Supplemental Statement In Support of Certificate Granting Leave To Appeal Writ of Error Coram Nobis And To Expand the Record, Dated October 5th, 2017

**(CCC=)** Decision And Order - Denying Leave To Appeal Writ of Error Coram Nobis And To Expand The Record, Made by Chief Judge Janet DiFiore, Dated October 19th, 2017

APPendix "C"

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

D45905
Q/hu

\_\_\_\_\_AD3d\_\_\_\_\_

Argued - May 15, 2015

WILLIAM F. MASTRO, J.P.
CHERYL E. CHAMBERS
SHERI S. ROMAN
HECTOR D. LASALLE, JJ.

---

2011-01960

DECISION & ORDER

The People, etc., respondent,
v Anthony Rucano, appellant.

(Ind. No. 270/09)

---

Lynn W. L. Fahey, New York, N.Y. (Warran S. Landau and Alex Donn of counsel), for appellant, and appellant pro se.

Daniel L. Master, Jr., Acting District Attorney, Staten Island, N.Y. (Morrie I. Kleinbart and Paul M. Tarr of counsel), for respondent.

Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered January 21, 2011, convicting him of rape in the first degree, criminal sexual act in the first degree, attempted rape in the first degree, assault in the second degree, assault in the third degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

ORDERED that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (see CPL 470.05[2]; People v Hawkins, 11 NY3d 484, 492). In any event, viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (see CPL 470.15[5]; People v Danielson, 9 NY3d 342), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (see People v Mateo, 2 NY3d 383, 410; People v Bleakley, 69 NY2d 490, 495). Upon reviewing the

record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633).

The defendant's contention that he was deprived of a fair trial by certain of the prosecutor's summation remarks is unpreserved for appellate review (*see* CPL 470.05[2]).  In any event, the prosecutor's comments did not deprive the defendant of a fair trial, as the challenged remarks were responsive to the defense summation (*see People v Galloway,* 54 NY2d 396, 399).

There is no merit to the defendant's contention that he was deprived of the constitutional right to effective assistance of counsel (*see Strickland v Washington,* 466 US 668; *People v Benevento,* 91 NY2d 708, 712-713).

The defendant's remaining contentions, including those raised in his pro se supplemental brief, are unpreserved for appellate review and, in any event, without merit.

MASTRO, J.P., CHAMBERS, ROMAN and LASALLE, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

July 1, 2015

PEOPLE v RUCANO, ANTHONY

Page 2.

Appendix "F"

# State of New York
# Court of Appeals

BEFORE: LESLIE E. STEIN, Associate Judge

THE PEOPLE OF THE STATE OF NEW YORK,

                                                  Respondent,

    -against-

ANTHONY RUCANO,

                                                  Appellant.

**ORDER**
**DENYING**
**LEAVE**

Appellant having applied for leave to appeal to this Court pursuant to Criminal Procedure Law § 460.20 from an order in the above-captioned case;*

UPON the papers filed and due deliberation, it is

ORDERED that the application is denied.

Dated: April 4, 2016

at Albany, New York

                                               Associate Judge

*Description of Order: Order of the Appellate Division, Second Department, dated July 1, 2015, affirming a judgment of the Supreme Court, Richmond County, rendered January 21, 2011.

Appendix "b"

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK)**
                  **)ss.:**
***COUNTY OF CLINTON)***

Anthony Rucano, being first duly sworn, deposes and says:

That I am the petitioner, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as Notice of Motion and Affidavit in Support of Motion to Expand the Appellate Record, addressed to the Second Department, Appellate Division and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery to the United States Postal Service:

TO: Richmond County District        Warren S. Landau
    Att: Appeals Bureau             Appellate Advocates
    Attorneys Office                Associate Appellate Counsel
    130 Stuyvesant Place            2 Rector St., 10th Floor
    Staten Island, N.Y. 10301       New York, N.Y. 10006

*Sworn to before me this* 10

*day of* Sept. 2013.

Barry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires 6/22/14

*NOTARY PUBLIC*

**Anthony Rucano, 11A0528**
***Clinton Correctional Facility***
***P.O. Box 2001***
***Dannemora, NY 12929***

*-14-*

Appendix "H"

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK)**
                                    )**ss.**:
**COUNTY OF CLINTON)**

Anthony Rucano, being first duly sworn, deposes and says:

That I am the petitioner, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as Supplemental Affidavit in Support of Motion to Expand the Appellate Record, addressed to the Second Department, Appellate Division and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery to the United States Postal Service:

```
TO:  Richmond County District        Warren S. Landau
     Att: Appeals Bureau             Appellate Advocates
     Attorneys Office                Associate Appellate Counsel
     130 Stuyvesant Place            2 Rector St., 10th Floor
     Staten Island, N.Y. 10301       New York, N.Y. 10006
```

**Sworn to before me this** 15

**day of** ___Oct___ **2013.**

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

**NOTARY PUBLIC**

*Anthony Rucano*

**Anthony Rucano, 11A0528**
**Clinton Correctional Facility**
**P.O. Box 2001**
**Dannemora, NY 12929**

*9*

Appendix "K"

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M167251
E/sl

RUTH C. BALKIN, J.P.
CHERYL E. CHAMBERS
LEONARD B. AUSTIN
SHERI S. ROMAN, JJ.

_____

2011-01960

The People, etc., respondent,                    DECISION & ORDER ON MOTION
v Anthony Rucano, appellant.

(Ind. No. 270/09)

_____

Motion by the appellant pro se, inter alia, for leave to file a supplemental brief on an appeal from a judgment of the Supreme Court, Richmond County, rendered January 21, 2011. Separate motion by the appellant pro se to enlarge the judgment roll to include certain documents and certain transcripts, including the transcript of the grand jury proceedings.

Upon the papers filed in support of the motion, inter alia, for leave to file a pro se supplemental brief and no papers having been filed in opposition or in relation thereto, and upon the papers filed in support of the motion, inter alia, to enlarge the judgment roll and the papers filed in opposition thereto, it is

ORDERED that the branch of the motion which is for leave to file a supplemental brief is granted, and the appellant shall file nine copies of the supplemental brief and serve one copy on the District Attorney on or before April 7, 2014; and it is further,

ORDERED that the branch of the motion which is to enlarge the judgment roll to include the transcript of the proceeding which occurred on October 5, 2010, is denied as unnecessary as that transcript is included in the original papers on file with the Clerk of this Court; and it is further,

ORDERED that the branch of the motion which is to enlarge the judgment roll to include the transcripts of the proceedings which occurred on July 7, 2010, July 16, 2010, and August 10, 2010, is granted; and it is further,

January 6, 2014                                                   Page 1.

PEOPLE v RUCANO, ANTHONY

ORDERED that the decision and order on motion of this Court dated August 18, 2011, which granted poor person relief to the appellant is amended to include a direction to the court reporter to make, certify and file two transcripts of the stenographic minutes of the proceedings which occurred on July 7, 2010, July 16, 2010, and August 10, 2010, if they are available; and it is further,

ORDERED that the stenographer is directed to make, certify and file such minutes within 45 days of the date of this decision and order on motion, and the Clerk of the trial court shall furnish one copy to the Clerk of this Court, without charge (*see* CPL 460.70); and it is further,

ORDERED that in the event the stenographer has already prepared a transcript of the stenographic minutes of the above proceedings for a codefendant, then the Clerk of the trial court is directed to reproduce a copy thereof for the Clerk of this Court; and it is further,

ORDERED that the branch of the motion which is to enlarge the judgment roll to include the transcript of the minutes of the grand jury proceedings is granted to the extent that, on or before January 28, 2014, the District Attorney shall file a transcript of the grand jury proceedings, under seal, with the Clerk of this Court, for in camera review by the panel of Justices assigned to hear the appeal, and those minutes shall remain sealed upon delivery; and it is further,

ORDERED that the motions are otherwise denied.

BALKIN, J.P., CHAMBERS, AUSTIN and ROMAN, JJ., concur.


ENTER:

*Aprilanne Agostino*

Aprilanne Agostino
Clerk of the Court

January 6, 2014

PEOPLE v RUCANO, ANTHONY

Page 2.

APPENDIX "O"

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M172205
E/sl

RANDALL T. ENG, P.J.
ROBERT J. MILLER
SYLVIA O. HINDS-RADIX
JOSEPH J. MALTESE, JJ.

2011-01960

The People, etc., respondent,                    DECISION & ORDER ON MOTION
v Anthony Rucano, appellant.

(Ind. No. 270/09)

Renewed motion by the appellant pro se on an appeal from a judgment of the Supreme Court, Richmond County, rendered January 21, 2011, inter alia, to be provided with the transcripts of proceedings which occurred on October 1, 2009, October 5, 2009, and August 10, 2010, and to enlarge the record to include certain "Individual and Couples Counseling session notes." Separate motion by the appellant pro se to enlarge the time to serve and file his supplemental brief.

Upon the papers filed in support of the renewed motion and the papers filed in opposition or in relation thereto, and upon the papers filed in support of the separate motion and the papers filed in relation thereto, it is

ORDERED that the branch of the renewed motion which is to be provided with the transcripts of proceedings which occurred on October 1, 2009, and October 5, 2009, is granted, and the decision and order on motion of this Court dated August 18, 2011, which granted poor person relief to the appellant is amended to include a direction to the court reporter to make, certify and file two transcripts of the stenographic minutes of the proceedings which occurred on October 1, 2009, and October 5, 2009, if they are available; and it is further,

ORDERED that the stenographer is directed to make, certify and file such minutes within 45 days of the date of this decision and order on motion, and the clerk of the trial court shall furnish one copy to the Clerk of this Court, without charge (see CPL 460.70); and it is further,

ORDERED that in the event the stenographer has already prepared a transcript of the stenographic minutes of the above proceedings for a codefendant, then the clerk of the trial court is directed to reproduce a copy thereof for the Clerk of this Court; and it is further,

April 21, 2014                                                      Page 1.
                        PEOPLE v RUCANO, ANTHONY

ORDERED that the branch of the renewed motion which is to be provided with the transcript of the proceedings which occurred on August 10, 2010, is denied as unnecessary in light of the decision and order on motion of this Court dated January 6, 2014, and the transcript of those proceedings, if available, will be provided to the appellant, after the minutes are transcribed, if available; and it is further,

ORDERED that the renewed motion is otherwise denied; and it is further,

ORDERED that the separate motion by the appellant pro se to enlarge the time to serve and file his supplemental brief is granted, and the appellant's supplemental brief shall be served and filed on or before July 21, 2014; and it is further,

ORDERED that the appellant shall file nine copies of the supplemental brief and serve one copy on the District Attorney.

ENG, P.J., MILLER, HINDS-RADIX and MALTESE, JJ., concur.

ENTER:

*Aprilanne Agostino*

Aprilanne Agostino
Clerk of the Court

April 21, 2014                                                                                    Page 2.

PEOPLE v RUCANO, ANTHONY

APPendix "P"

Affidavit Only
of Service

With Recreated Exhibit List For Motion
To Withdraw APP, Counsels Brief

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK)**

)*ss.:*

***COUNTY OF CLINTON)***

     Anthony Rucano, being first duly sworn, deposes and says:

     That I am the petitioner, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as Notice of Motion and Affidavit in Support of Motion to Withdraw Appellate Counsel's Brief and/or For Stay of Action Pursuant to CPLR 2221, addressed to the Second Department, Appellate Division and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery to the United States Postal Service:

```
TO: Richmond County District        Warren S. Landau
      Att: Appeals Bureau             Appellate Advocates
      Attorneys Office                Associate Appellate Counsel
      130 Stuyvesant Place            2 Rector St., 10th Floor
      Staten Island, N.Y. 10301       New York, N.Y. 10006

      Attorney General of the State of New York
      Att: Eric T. Schneiderman
      Law Department
      The Capitol
      Albany, N.Y. 12224
```

*Sworn to before me this* 2~~P~~

*day of* _____ *2014.*

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

*NOTARY PUBLIC*

_____

**Anthony Rucano, 11A0528**
***Clinton Correctional Facility***
***P.O. Box 2001***
***Dannemora, NY 12929***

## Motion To Withdraw Appellate Counsels Brief Exhibit List

| | |
|---|---|
| I-A | Sept. 30th, 2011 Letter to Paralegal Irene Wojcichi, Appellate Advocates |
| Attached = | "Transcripts Needed For Appeal Preparation" dated 10/3/09 ⌐ |
| | "Files/Records That Can Be Provided" dated 10/3/09 → should have been 10/3/11 |
| I-B | Oct 10th, 2011 **Letter** to Ms. Wojcichi (Received Oct 18th) |
| Attached = | "Document Table of Contents" + Complainants Complete Grand Jury Testimony |
| | June 21st, 2010 Discovery/Rosario Letter From ADA Katchen, Forensic Document |
| | Examiners Complete Reports <u>All</u> Provided to Appellate Advocates |
| I-C | Oct 14th, 2011 Letter to Ms. Wojcichi About Just received Grand Jury Notice |
| I-D | Oct 24th, 2011 Letter to Ms. Wojcichi (Received Oct 28th) |
| Attached = | "Table of Documents Concerning Violation of Right to Testify At Grand Jury" |
| I-E | Oct. 31st, 2011 Letter <u>from</u> Ms. Wojcichi. Tellling me "Please do not file A |
| | 440 motion on Your own" |
| I-F | Nov 12th, 2011 Letter to Ms. Wojcichi (Received Nov. 18th) |
| Attached = | "Synopsis of Cross examination/Failure to Investigate" with 2 subsections |
| | "Voicemails" And "Cross-Exam of Ms. Mach" |
| | "Table of Contents Concerning Cross-Examination/Failure to Investigate Issues" |
| I-G | April 20th, 2012 Letter <u>From</u> Warren Landau, Appellate Advocates, urging |
| | me not to file A CPLS 440.10 motion until he reviewed it. |
| I-H | May 5th, 2012 Letter to Warren Landau, informing him of 3 Packages |
| | sent to Ms. Wojcichi so far, And informing him of desire to raise Grand |
| | Jury issues, explaining <u>I</u> <u>was</u> <u>not</u> <u>sure</u> <u>of</u> the <u>Proper</u> <u>venue</u> to Present |
| | such a claim (i.e. Direct Appeal or Article 440) |
| Attached = | Report of Forensic Handwriting Personality Profiler Tretce d'Gabriel Montoya |

| 1-I | MAY 23rd, 2012 Letter From Warren Landau stating not to file 440 |
| 1-J | MAY 29th, 2012 Letter From Warren Landau; wait until we advise You |
| 1-K | Sept. 30th, 2012 Letter To Senior Attorney William G. hashin, Appellate Advocates |
| 1-L | Oct. 4th, 2012 Letter from Warren Landau |
| 1-M | Nov. 22nd, 2012 Letter to Warren Landau |
| 1-N | Dec. 24th, 2012 Letter to Atty in Charge Lynn Fahey of Appellate Advocates |
| 1-O | Jan. 7th, 2013 Letter From Warren Landau |
| 1-P | Feb. 12th, 2013 letter to Warren Landau |
| 1-Q | Feb. 20th, 2013 letter to Warren Landau |
| 1-R | March 6th, 2013 Letter From Warren Landau |
| 1-S | April 22nd, 2013 Letter To Warren Landau |
| 1-T | MAY 13th, 2013 Letter To Warren Landau |
| 1-U | "Questions Presented" for Atty. Eugene Lamb Attached to MAY 13th, 2013 Letter |
| 1-V | June 7th, 2013 Letter From Warren Landau, starting my Brief |
| 1-W | June 17th, 2013 Letter To Warren Landau: July 16th, 2009 Transcripts, Handwritten Expert Report |
| 1-X | June 19th, 2013 letter From Warren Landau |
| 1-Y | June 27th, 2013 Letter From Warren Landau, Providing me with Appellate Brief |
| 1-Z | July 8th, 2013 Letter to Warren Landau, Filed with Richmond County Clerk |
| 2-A | Oct. 23rd, 2013 Letter From Warren Landau - Replying to Pro-se Motion to Enlarge Record |
| 2-B | Oct. 29th, 2013 Letter To Warren Landau |
| 2-C | Papers ReJection Notice Marked "Criminal" |
| 2-D | Jan. 7th, 2014 Letter From App. Div. Second Dept. stating Papers returned in error |
| 2-E | Dec. 26th, 2013 Letter To Warren Landau Requesting D.A's Opposition Brief |
| 2-F | Dec. 23rd, 2013 Letter To Lynn Fahey Requesting DA's Opposition Brief |
| 2-G | Jan. 24th, 2014 Complaint to 2nd Dept. Grievance Committee About Warren Landau |

2-H   Feb. 3rd, 2014   Letter From 2nd Dept. Grievance Comm. transferring to 1st Dept.

2-I   Feb. 4th, 2014   Letter From Warren Landau Providing D.A.'s Opposition Brief

2-J   March 23rd, 2001   Report of App. Div., 1st Dept. Comm on Representation of Poor

2-K   NYSBA Revised Standards to Ensure Quality of Mandated Representation

2-L   Response to May 21st, 2012 FOIL to Dir. Amy Stanciu, Assigned Counsel Plan

2-M   Article 78 Index # 401298/12, Amended and Supplemental Petition

2-N   Nov. 21st + Dec. 3rd, 2012 Letter with Vouchers from Beth Goldman, FOIL Appeals Officer

2-O   Jan. 10th, 2013   Letter from Administrator Barbara DiFiore, Assigned Counsel Plan

2-P   FOIL Request And Appeal to App. Div. 2nd Dept., Not subJect To FOIL

2-Q   May 3rd, 2013 FOIL Request to Advisory Committee of Assigned Counsel Plan

2-R   June 21st, 2013 Letter From Shawn Kerby, Asst. Deputy Counsel, Office of Court Admin.
        Providing recertification rules to Assigned Counsel Plan And records of Eugene Lamb

2-S   Sept 4th, 2002   Application of Eugene Lamb to Participate in Assigned Counsel Plan

2-T   Dec. 27th, 2005   Recertification of Eugene Lamb to Assigned Counsel Plan

2-U   Jan. 3rd, 2009   Recertification of Eugene Lamb to Assigned Counsel Plan

2-W   Select Vouchers For Cases Eugene Lamb Took To Trial from Assigned Counsel Plan

2-X   Vendor Payment Reports for Eugene Lamb for 2008-2012

2-Y   Assigned Counsel Plan Advisory Comm. Recertification Rules For 18-B Criminal Panels

2-Z   Proposed Draft Copy of Article 440

2-V   Dec. 10th, 2011   Recertification of Eugene Lamb to Assigned Counsel Plan

APPendix " B"

Affidavit Only
OF Service

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                              )ss.:
*COUNTY OF CLINTON*)

     Anthony Rucano, being first duly sworn, deposes and says:

     That I am the petitioner, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as Reply Affidavit in Response of Motion to Withdraw Appellate Counsel's Brief and/or For Stay of Action Pursuant to CPLR 2221, addressed to the Second Department, Appellate Division and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery to the United States Postal Service:

```
TO: Richmond County District          Warren S. Landau
      Att: Appeals Bureau              Appellate Advocates
      Attorneys Office                 Associate Appellate Counsel
      130 Stuyvesant Place             2 Rector St., 10th Floor
      Staten Island, N.Y. 10301        New York, N.Y. 10006

      Attorney General of the State of New York
      Att: Eric T. Schneiderman
      Law Department
      The Capitol
      Albany, N.Y. 12224
```

*Sworn to before me this* 24

*day of* ___ 2014.

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires ___

*NOTARY PUBLIC*

*Anthony Rucano*

**Anthony Rucano, 11A0528**
*Clinton Correctional Facility*
*P.O. Box 2001*
*Dannemora, NY 12929*

*11*

Appendix "S"

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M174255
E/ct

MARK C. DILLON, J.P.
L. PRISCILLA HALL
SANDRA L. SGROI
BETSY BARROS, JJ.

2011-01960

DECISION & ORDER ON MOTION

The People, etc., respondent,
v Anthony Rucano, appellant.

(Ind. No. 270/09)

Motion by the appellant pro se on an appeal from a judgment of the Supreme Court, Richmond County, rendered January 21, 2011, inter alia, to relieve counsel, to strike the brief filed by assigned counsel, for the assignment of new counsel on the appeal and to aid in the preparation of a motion pursuant to CPL 440, and to hold the appeal in abeyance pending determination of the motion pursuant to CPL 440.

Upon the papers filed in support of the motion and the papers filed in opposition and in relation thereto, it is

ORDERED that the motion is denied.

DILLON, J.P., HALL, SGROI and BARROS, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

May 19, 2014

PEOPLE v RUCANO, ANTHONY

APPendix "T"

Affidavit ONLY
of Service

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK)**

) *ss.:*

*COUNTY OF CLINTON)*

Anthony Rucano, being first duly sworn, deposes and says:

That I am the defendant, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as Pro-Se Supplemental Brief, addressed to the Appellate Division, Second Department and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery by the United States Postal Service to:

```
TO:  Richmond County District      William A. Loeb
     Att: Appeals Bureau           Appellate Advocates
     Attorneys Office              Associate Appellate Counsel
     130 Stuyvesant Place          111 John St, 9th Floor
     Staten Island, N.Y. 10301     New York, N.Y. 10038
```

*Sworn to before me this* 7

*day of* Oct_____ 2014.

Harry D. Durgan
Notary Public, State of New York
No. 01DU6006379
Qualified in Clinton County
Commission Expires

*NOTARY PUBLIC*

_____

**Anthony Rucano, 11A0528**
*Clinton Correctional Facility*
*P.O. Box 2001*
*Dannemora, NY 12929*

*1*

APPendix "V"

Affidavit ONly
Of Service

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK)**
　　　　　　　　　　　　　)ss.:
**COUNTY OF CLINTON)**

Anthony Rucano, being first duly sworn, deposes and says:

That I am the defendant, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as a Pro-Se Supplemental Reply Brief, addressed to the Second Department, Appellate Division and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery by the United States Postal Service:  *1 Original + 8 copies*

TO:　　Richmond County District Attorney

　　　　Att: Appeals Bureau

　　　　130 Stuyvesant Place

　　　　Staten Island, N.Y. 10301

Alex Donn

Appellate Advocates

Associate Appellate Counsel

111 John St, 9th Floor

New York, N.Y. 10038

*Sworn to before me this* 30

*day of* _____ *2015*

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires _____
*NOTARY PUBLIC*

*Anthony Rucano*
_____

**Anthony Rucano, 11A0528**
*Clinton Correctional Facility*
*P.O. Box 2001*
*Dannemora, NY 12929*

RECEIVED
15 MAY -5 AM 10:58
APPELLATE DIVISION
SECOND DEPARTMENT

*1*

Appendix " W "

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF CLINTON    )

    Anthony Rucano, Being first duly sworn, deposes and says, that I am the Defendant-Appellant herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as [**motion to file supplemental pro-se reply brief**] by depositing same in a mail box here at the Clinton Correctional Facility, P.O. Box 2001, Dannemora, N.Y. 12929, for delivery to the United States mail addresses of the parties below:

ORIGINAL COPY TO:
Hon. AprilAnne Agostino
Clerk of the Court
Appellate Division
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201

CARBON COPY TO:
A. Alexander Donn.
Appellate Advocates
111 John St, 9th Floor
New York, N.Y. 10038

Richmond County District Attorney
Att: Appeals Bureau
130 Stuyvesant Place
Staten Island, N.Y. 10301

Sworn to before me this _____21_____

day of ___May___, 2015

x _Anthony Rucano_
Signature

Anthony Rucano, Pro-Se, 11A0528
Clinton Correctional Facility
P.O. Box 2001
Dannemora, N.Y. 12929

[NOTARY PUBLIC]

Robert R. Rabideau
Notary Public, State of New York
No. 01RA6304593
Qualified in Clinton County
Commission Expires __6/9/18__

-5-

APPendix "Z"

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

M194971
E/sl

WILLIAM F. MASTRO, J.P.
CHERYL E. CHAMBERS
SHERI S. ROMAN
HECTOR D. LASALLE, JJ.

2011-01960

The People, etc., respondent,
v Anthony Rucano, appellant.

DECISION & ORDER ON MOTION

(Ind. No. 270/09)

Motion by the appellant pro se for leave to serve and file a supplemental reply brief on an appeal from a judgment of the Supreme Court, Richmond County, rendered January 21, 2011.

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

ORDERED that the motion is denied.

MASTRO, J.P., CHAMBERS, ROMAN and LASALLE, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

July 6, 2015

PEOPLE v RUCANO, ANTHONY

Appendix "AA"

Affidavit of Service Only

## **AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK)**

$\quad\quad\quad\quad\quad\quad\quad$ **) ss.:**

**COUNTY OF CLINTON)**

$\quad\quad$ Anthony Rucano, being first duly sworn, deposes and says:

$\quad\quad$ That I am the defendant, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as Notice of Motion, Affidavit in Support of Motion, and Memorandum of Law to Vacate the Judgment Pursuant to Criminal Procedure Law § 440.10 (1) (C) (D) (F) (G) (H), Notice of Motion and Affidavit in Support of Motion for the Assignment of Counsel, and Notice of Motion and Affidavit in Support of Motion for an Evidentiary Hearing, along with annexed exhibits, addressed to the Richmond County Supreme Court and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery by the United States Postal Service to:

```
TO: Richmond County District        William A. Loeb
    Att: Appeals Bureau              Appellate Advocates
    Attorneys Office                 Associate Appellate Counsel
    130 Stuyvesant Place             111 John St, 9th Floor
    Staten Island, N.Y. 10301        New York, N.Y. 10038

    Attorney General of the State of New York
    Att: Eric T. Schneiderman
    Law Department
    The Capitol
    Albany, N.Y. 12224
```

*Sworn to before me this* 15

*day of* July 2014.

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires 6/22/18

*NOTARY PUBLIC*

**Anthony Rucano, 11A0528**
*Clinton Correctional Facility*
*P.O. Box 2001*
*Dannemora, NY 12929*

*1*

APPendix "CC"

SUPREME COURT OF THE STATE OF NEW YORK,
RICHMOND COUNTY, PART V

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK | DECISION AND ORDER |
| -against- | |
| Anthony Rucano, | Indictment No. 270/2009 |
| Defendant. | Date: December 15, 2014 |
| | Hon. Stephen Rooney |

The defendant was convicted on September 21, 2010, after a jury trial, of Rape in the First Degree, Criminal Sexual Act in the First Degree, Attempted Rape in the First Degree, Assault in the Second Degree, Criminal Possession of a Weapon in the Third Degree and Assault in the Third Degree in violation of Penal Law §§ 130.35(1), 130.50(1), 110/130.35(1), 120.05(6), 265.02(1) and 120.00(1). The defendant now moves, *pro se*, pursuant to C.P.L. 440.10 to vacate the judgment based upon alleged prosecutorial misconduct and alleged ineffective assistance of counsel[1]. The defendant also moves for an evidentiary hearing and for the assignment of counsel. The People oppose this motion.

The defendant's claims fall into two categories. They are either conclusory allegations that are not supported by any documentary evidence or affidavit, or they are based upon matters that are within the record. The defendant does not state his basis of knowledge for his conclusory allegations (e.g. the defense attorney failed to investigate and the defense attorney failed to adequately prepare). Hence, the defendant is not entitled to the relief he seeks based upon conclusory allegations. See, C.P.L. 440.30(1) and (4)(b). Additionally, pursuant to C.P.L. 440.10(2)(b) the court must deny a motion when the judgment is, at the time of the motion, appealable or pending on appeal, and

---

[1] In a written decision dated, January 11, 2011, this court denied defendant's C.P.L. 330.30 motion based upon ineffective assistance of counsel.

sufficient facts appear on the record with respect to the ground or issue raised upon the motion to permit adequate review thereof upon such an appeal. The defendant's direct appeal is currently pending before the Appellate Division, Second Department. Therefore, petitioner's motion to vacate his judgment pursuant to C.P.L. § 440.10 is denied.

The defendant's motion for an evidentiary hearing is denied. Here, the defendant is attempting to discover evidence that would support the conclusory allegations in his C.P.L. 440.10 motion. There is no constitutional or common-law right to discovery in criminal cases. People v. Chiera, 255 AD2d 685 (3rd Dept., 1998). During the course of a criminal action, it is not within the authorized powers of the courts to compel disclosure which is not provided for in CPL article 240 and attempts to do so generally warrant issuance of a writ of prohibition." Matter of Pittari v. Pirro, 258 AD2d 202 (2nd Dept., 1999), lv. denied 94 NY2d 755 (internal citations omitted). Moreover, because there is no constitutional right to discovery, discovery in excess of that which is authorized may not be granted based upon principles of due process. Matter of Brown v. Grosso, 285 AD2d 642 (2nd Dept., 2001), lv. denied 97 NY2d 605. Here, the defendant's motion for an evidentiary hearing is nothing more than an attempt to depose his trial attorney. Such a procedure is not authorized by either C.P.L. Article 240 or 440 and therefore, must be denied.

The defendant's motion for the assignment of counsel is denied. A defendant cannot claim a state or federal constitutional right to effective assistance of counsel on a motion pursuant to C.P.L. 440. People v. Simmons, 100 AD3d 809 (2nd Dept., 2012), lv. denied 20 NY2d 1014.

This constitutes the decision and order of the court.

Dated: December 15, 2014
        Staten Island, New York

_Stephen Rooney_

2

Appendix "FF"

Affidavit of Service Only

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK)**
                   **)ss.:**
**COUNTY OF CLINTON)**

Anthony Rucano, being first duly sworn, deposes and says:

That I am the defendant, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as a Reply Affidavit in Support of Application to the Appellate Division for a Certificate Granting Leave to Appeal Pursuant to CPL § 450.15, addressed to the Second Department, Appellate Division and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery by the United States Postal Service:

TO:    Richmond County District Attorney        Alex Donn

       Att: Appeals Bureau                       Appellate Advocates

       130 Stuyvesant Place                      Associate Appellate Counsel

       Staten Island, N.Y. 10301                 111 John St, 9th Floor

                                                 New York, N.Y. 10038


*Anthony Rucano* (signature)
_____

**Anthony Rucano, 11A0528**
*Sworn to before me this* 24        *Clinton Correctional Facility*
                                    *P.O. Box 2001*
*day of* ____ 2015                  *Dannemora, NY 12929*

Harry O. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires
*NOTARY PUBLIC*

*1*

Appendix "bb"

# Supreme Court of the State of New York
## Appellate Division : Second Judicial Department

M189743
jr/

COLLEEN D. DUFFY, J.

2015-00499

DECISION & ORDER ON APPLICATION

The People, etc., plaintiff,
v Anthony Rucano, defendant.

(Ind. No. 270/09)

Application by the defendant, pursuant to CPL 450.15 and 460.15 for a certificate granting leave to appeal to this Court from so much of an order of the Supreme Court, Richmond County, dated December 15, 2014, as denied his motion pursuant to CPLR 440.10 which has been referred to me for determination.

Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

ORDERED that the application is denied.

_____
COLLEEN D. DUFFY
Associate Justice

April 30 , 2015

PEOPLE v RUCANO, ANTHONY

APPendix "HH"

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

M190298
S/sl

PETER B. SKELOS, J.P.
RUTH C. BALKIN
SHERI S. ROMAN
SYLVIA O. HINDS-RADIX, JJ.

---

2015-00499

The People, etc., plaintiff,                    DECISION & ORDER ON MOTION
v Anthony Rucano, defendant.

(Ind. No. 270/09)

---

    Motion by the defendant for leave to appeal to this Court so much of an order of the Supreme Court, Richmond County, dated December 15, 2014, as denied his motions for poor person relief and for a hearing in connection with his motion pursuant to CPL 440.10.

    Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

    ORDERED that the motion is denied as the portions of the order which denied his motions for poor person relief and for a hearing are not appealable as of right or by permission (*see* CPL 450.10, 450.15).

SKELOS, J.P., BALKIN, ROMAN and HINDS-RADIX, JJ., concur.

ENTER:

*Aprilanne Agostino*

Aprilanne Agostino
Clerk of the Court

April 30, 2015

PEOPLE v RUCANO, ANTHONY

Appendix "II"

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                      ) ss.:
COUNTY OF CLINTON   )

      Anthony Rucano, being first duly sworn on the ___25ᵗʰ___, day of _June_, 2015,

deposes and says, that I am the Defendant herein, and that on the date of notarization indicated

below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers

identified as **MOTION TO REARGUE & RENEW PURSUANT TO CPLR § 2221 [d][2] &**

**[e][2],** by depositing the same in a mail box here at the Clinton Correctional Facility for delivery

to the United States mail address to the parties below, with the original going to the Clerk of

Court, Appellate Division, Second  Department, 45 Monroe Place, Brooklyn, N.Y. 11201

Original sent to:
Aprilanne Agostino
Clerk of the Court
Appellate Division
Second Department
45 Monroe Place
Brooklyn, New York, 11201

Copy sent to:
District Attorney's Office
Richmond County
Att: Appeals Bureau
130 Stuyvesant Place
Staten Island, N.Y. 10301

Respectfully Submitted,

_Anthony Rucano_
Anthony Rucano, 11-A-0528
Clinton Correctional Facility
P.O. Box 2001
Dannemora, N.Y. 12929

SWORN TO BEFORE ME THIS
__25 DAY OF __June__, 2015

_____
NOTARY PUBLIC

Robert R. Rabideau
Notary Public, State of New York
No. 01RA6304593
Qualified in Clinton County
Commission Expires 6/9/16

28

APPENDIX "KK"

# Supreme Court of the State of New York
## Appellate Division : Second Judicial Department

M198629
sl/

COLLEEN D. DUFFY, J.

_____

2015-00499

The People, etc., plaintiff,                    DECISION & ORDER ON MOTION

v Anthony Rucano, defendant.

(Ind. No. 270/09)

_____

        Motion by the defendant for leave to reargue his prior application pursuant to CPL 450.15 and 460.15 for a certificate granting leave to appeal to this Court from so much of an order of the Supreme Court, Richmond County, dated December 15, 2014, as denied his motion pursuant to CPL 440.10, which was denied by me in a decision and order on application dated April 30, 2015.

        Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

        ORDERED that the motion is denied.


_____
COLLEEN D. DUFFY
Associate Justice


September 24, 2015

PEOPLE v RUCANO, ANTHONY

APPendix "LL"

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF CLINTON)

Anthony Rucano, 11A0528, being first duly sworn, deposes and says:

That I am the defendant, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper the enclosed papers identified as Supplemental Leave to Appeal Application, for Ind. No. 270/09, Appellate Division No 2011-01960, as addressed to the Court of Appeals, Clerk Andrew W. Klein and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery by the United States Postal Service to the following parties:

To: Richmond County District Attorneys Office
    Att: Appeals Bureau
    130 Stuyvesant Place
    Staten Island, N.Y. 10301

    Solicitor General of the State of New York
    Department of Law
    The Capitol
    Albany, N.Y. 12224

Appellate Advocates
ATT: A. Alexander Dunn
111 John St., 9th Floor
New York, N.Y. 10038

Sworn to before me this 11th
day of August 2015

_____
NOTARY PUBLIC

_____
Anthony Rucano, 11A0528
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

Robert R. Rabideau
Notary Public, State of New York
No. 01RA6304593
Qualified in Clinton County
Commission Expires 6/9/16

APPendix " MM "

Affidavit of Service ONly

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
               ) ss.:
COUNTY OF CLINTON)

    Anthony Rucano, 11A0528, being first duly sworn, deposes and says:

    That I am the defendant, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper the enclosed papers identified as Motion to Withdraw Appellate Counsel as Counsel of Record and Assign New Counsel, for Ind. No. 270/09, Appellate Division No 2011-01960, as addressed to the Appellate Division, Second Department and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery by the United States Postal Service to the following parties:

To:  Richmond County District Attorneys Office
     Att: Appeals Bureau
     130 Stuyvesant Place
     Staten Island, N.Y. 10301

     Solicitor General of the State of New York
     Att: Nikki Kowalski
     120 Broadway
     New york, N.Y. 10271-0332

New York State Court of Appeals
Att: Deputy Clerk John P. Asiello
Court of Appeals Hall, Eagle Street
Albany, New York 12207

Appellate Advocates
Att: A. Alexander Donn
111 John St., 9th Floor
New York, N.Y. 10038

Sworn to before me this *1*

day of _____O C t_____ 2015

_____
NOTARY PUBLIC
Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires  *6/21/19*

*Anthony Rucano*

_____
Anthony Rucano, 11A0528
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

Appendix "PP"

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK)**
                          ) ss.:
**COUNTY OF CLINTON)**

Anthony Rucano, being first duly sworn, deposes and says:

That I am the petitioner, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as Notice of Motion and Affidavit in Support of Motion to Enlarge the Appellate Record, addressed to the New York State Court of Appeals and parties below, by depositing the same in a mail box here under the care, custody and control of Clinton Correctional Facility, P.O. Box 2001 Dannemora N.Y. 12929, for delivery to the United States Postal Service:

TO:    Richmond County District Attorney            Appellate Advocates
       Att: Appeals Bureau                          A. Alexander Donn
       130 Stuyvesant Place                         111 John St., 9th Floor
       Staten Island, N.Y. 10301                    New York, N.Y. 10038

       Solicitor General of the State of New York
       Att: Nikki Kowalski
       Asst. Solicitor General for Criminal Matters
       120 Broadway
       New York, New York 12207

Sworn to before me this 3

day of _____ 2015

*Harry D. Durgan*
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

**NOTARY PUBLIC**

*Anthony Rucano*

**Anthony Rucano, 11A0528**
**Clinton Correctional Facility**
**P.O. Box 2001**
**Dannemora, NY 12929**

*11*

# NEW YORK STATE COURT OF APPEALS

**Anthony Rucano,**
**Appellant, Pro se,**

**VS.**

**THE PEOPLE OF THE STATE OF NEW YORK,**
**Respondents,**

## AMENDED APPENDIX SUPPLEMENTING RECORD ON APPEAL

**Richmond County**
**Indictment No.: 270-09**

**Appellate Division No.: 2011-01960**

| APPENDIX | DESCRIPTION |
|---|---|
| A | Motion to Withdraw Appellate Counsel's Brief - DATED March 20th, 2014 |
| B | Response From Nikki Kowalski of the Solicitor Generals Office DATED April 30th, 2014 |
| C | Reply From Richmond County District Attorney's Office Concerning Motion to Withdraw Appellate Counsel's Brief - DATED May 1st, 2014, and Appellate Counsel Warren Landau's Affirmation in Response- DATED April 15th, 2014 |
| D | Defendants Reply Affidavit In Support Of Motion to Withdraw Appellate Counsel's Brief |
| E | ORDER Denying Motion to Withdraw Appellate Counsel's Brief DATED May 19th, 2014 |
| F | ORDER Denying Appellant's Direct Appeal - DATED July 1st, 2015 |
| G | Application For Leave To Appeal - DATED 1/13/15 **PROVIDED FOR CONTEXT ONLY** |
| H | Motion to Enlarge the Record With Exhibits - DATED September 13th, 2013, and Supplemental Affidavit in Support of Motion to Enlarge the Record - DATED Oct. 15th, 2013, and Peoples Response - DATED November 7th, 2013 |
| I | Decision and Order of Second Department on Motion to Enlarge the Record Granting in Part - DATED – 1/6/14 |
| J | Motion to Resettle or Amend the Decision of the Second Department, Appellate Division made January 6th, 2014, pursuant to 22 NYCRR §670.6 (a) - DATED January 16th, 2014 |
| K | Decision and Order of Second Department on Motion to Resettle or Amend Granting in Part, - DATED April 21st, 2014 |
| L | Pro-Se Supplemental Brief - DATED October 7th, 2014 |
| M | People's Opposition to Defendant's Pro Se Supplemental Brief - DATED April 14th, 2015 |
| N | Proposed Pro-Se Supplemental Reply Brief - DATED April 30th, 2015 |
| O | Motion to File a Pro Se Supplemental Reply Brief - DATED May 26th, 2015 |
| P | People's Opposition to Defendant's Motion To File Pro Se Supplemental Reply Brief DATED June 3rd, 2015 |

| Q | Affirmation in Response to Defendant's Motion to File Pro Se Reply Brief by A. Alexander Donn of Appellate Advocates – DATED June 8th, 2015 |
| R | Decision and Order of Second Department Denying Motion to file Pro-Se Supplemental Reply Brief - DATED July 6th, 2015 |
| X | Motion For the Assignment of Counsel Submitted To the Richmond County Supreme Court, Dated July 9th, 2014 |
| Y | Motion To Vacate the Judgment, dated December 15th, 2014 |
| Z | Decision and Order of Richmond County Supreme Court Denying Motion For The Assignment of Counsel, Motion For An Evidentiary Hearing and Motion To Vacate the Judgment, dated December 15th, 2014 |

I have read all of these documents and know them to be true and accurate copies of the documents in the files of: (a) the Richmond County Supreme Court, (b) the Richmond County District Attorney's Office, (c) the Appellate Division, Second Department, or otherwise documents within the public domain.

Respectfully submitted,

_____
*Petitioner Pro se*
Anthony Rucano
DIN # 11-A-0528
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

Sworn to Before Me This

_____Day of November, 2015

_____

Notary Public

3

Appendix "QQ"

## Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M204389
E/ct

RUTH C. BALKIN, J.P.
LEONARD B. AUSTIN
ROBERT J. MILLER
SYLVIA O. HINDS-RADIX, JJ.

2011-01960

The People, etc., respondent,
v Anthony Rucano, appellant.

DECISION & ORDER ON MOTION

(Ind. No. 270/09)

Motion by the appellant pro se on an appeal from a judgment of the Supreme Court, Richmond County, rendered January 21, 2011, which was determined by decision and order of this Court dated July 1, 2015, to relieve counsel assigned to represent him by decision and order on motion of this Court dated August 18, 2011, and for the assignment of new counsel.

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

ORDERED that the motion is denied.

BALKIN, J.P., AUSTIN, MILLER and HINDS-RADIX, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

January 8, 2016

PEOPLE v RUCANO, ANTHONY

Appendix "RR"

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF CLINTON )

Anthony Rucano, being first duly sworn, deposes and says, that I am the defendant, herein, and that on the date of notarization indicated below, I have placed in a sealed postpaid wrapper a true and exact copy of the enclosed papers identified as a Statement in Support of a Application for Leave to Appeal to the Court of Appeals, by depositing same in a mail box here at the Clinton Correctional Facility for delivery to the United States mail address to the parties below:

**ORIGINAL COPY TO:**

N.Y. State Court of Appeals
Att: Honorable Leslie E. Stein
Court of Appeals Hall, 20 Eagle St.
Albany, N.Y. 12207-1095

Asst. Solicitor General For Criminal Matters
Att: Nikki Kowalski
120 Broadway
New York, N.Y. 12207

**CARBON COPY TO:**

Richmond County District Attorney
Att: Appeals Bureau
130 Stuyvesant Place
Staten island, N.Y. 10301

_____
Signature

Sworn to before me this 26,

day of _____, 2016

_____
NOTARY PUBLIC
Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

*1*

APPendix "SS"

# State of New York
# Court of Appeals

BEFORE:  HON. LESLIE E. STEIN, Associate Judge

---

THE PEOPLE OF THE STATE OF NEW YORK,

                                    Respondent,

        -against-

ANTHONY RUCANO,

                                 Appellant.

**ORDER
DISMISSING
LEAVE**

Ind. No. 270/09

---

      Appellant having applied for leave to appeal to this Court pursuant to Criminal Procedure Law (CPL) § 460.20 from an order in the above-captioned case;*

      UPON the papers filed and due deliberation, it is

      ORDERED that the application is dismissed because the order sought to be appealed from is not appealable under CPL 450.90 (1).

Dated: April 4, 2016

_Leslie Stein_
Associate Judge

*Description of Order:  Order of the Appellate Division, Second Department, dated May 19, 2014, denying appellant's motion on an appeal from a judgment of Supreme Court, Richmond County, rendered January 21, 2011, inter alia, to relieve counsel, to strike the brief filed by assigned counsel, for assignment of new counsel and to hold the appeal in abeyance.

APPendix "TT"

Verification with Affidavit of Service ONLY

## VERIFICATION WHEN NOTARY PUBLIC IS UNABAILABLE

I, _Anthony Rucano_, am a prisoner of the State of New York, currently incarcerated at the Great Meadow Correctional Facility, which is located at 11739 State Route 22, P.O. 51, Comstock, N.Y. 12821-0051, and my ability to acquire the services of a Notary Public is entirely under the control of Corrections Staff and Officials. I have made several attempts to obtain a Notary Public via Law Library as well as by requesting the same to my company officer and other officers here at Great Meadow. Contrary to the decision handed down by the U.S. Supreme Court in **Bounds v Smith**, 430 U.S. 817, 824-25, 97 S.Ct 1941, at 1946 (1977), I have not received such services to date, nor have I been advised as to how or when the next available Notary Public services will be forthcoming.

**THEREEFORE**, I must verify the enclosed documents by the method approved in the decision of **People v Sullivan**, 56 N.Y.2d 378 (1982), to wit:

> I verify that the foregoing statements and/or documents are true and accurate to the best of knowledge, and that I base them upon facts that I personally know, or believe in good faith to be true. I further declare and /or verify that any false statements made herein are to be punishable as a Class A Misdemeanor pursuant to Penal Law §210.40. I further understand that to offer or present the foregoing documents to a judicial officer, knowing that it contains any false statement(s), is punishable as a Class A Misdemeanor Pursuant to Penal Law §175.30.

Executed on this _1st_ day of _September_, 201 _6_

Enclosed Documents Sworn to Are:
1) Affidavit of Service (Attached)
2) Affidavit in Support of Writ of Error Coram Nobis (Enclosed)
3) Affidavit in Support of Writ of Error Coram Nobis and to Expand the Record (Enclosed

Anthony Rucano
Anthony Rucano, 11A0528
Great Meadow Correctional Facility
P.O. Box 51
Comstock, N.Y. 12821-0051

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: SECOND DEPARTMENT

---

The People Of The State Of New York,
                     Respondent,

               v.

Anthony Rucano,
                    Appellant,

---

**Affidavit of Service**

Ind. No. 270-09
**A.D. # 2011-01960**

Sate of New York     )
               ) ss.:
County of Washington)

    I, Anthony Rucano, being duly sworn, depose and say, that I have on this $\underline{1^{st}}$ day of September, 2016, forwarded the enclosed Affidavit and Memorandum of Law in Support of a Writ of Error Coram Nobis and Supplemental Affidavit and Supplemental Memorandum of Law in Support of a Writ of Error Coram Nobis and To Expand The Record, each with attached exhibits and with a shared Appendix between them to the following:

**Richmond County District Attorneys Office**
Att: Appeals Bureau
130 Stuyvesant Place
Staten Island, New York 10301

**New York State Supreme Court**
Appellate Division, Second Department
Att: Hon. Aprilanne Agostino, Clerk
45 Monroe Place
Brooklyn, New York 11201

by placing the paperwork in a first class, postage-paid, properly sealed envelope and depositing the envelope in the inmate mailbox, located at Great Meadow Correctional Facility, to be delivered via the United States Postal Service.

*Anthony Rucano*

Anthony Rucano, 11A0528
Great Meadow Correctional Facility
P.O. Box 51
Comstock, New York 12821

Sworn to before me this
$\underline{1^{st}}$ day of September, 2016

See Verification

**NOTARY PUBLIC**

APPendix "VU"

Affidavit of Service Only

**AFFIDAVIT OF SERVICE**

App. Div. Case No. 2011-01960

State of New York          )
                           ) ss:
County of Washington )

I, _Anthony Rucano_, being duly sworn, deposes and says:

That I am the ~~petitioner~~/defendant/appellant named herein and make this affidavit

of service to establish service upon the below named parties pertaining to

~~petitioner~~/defendant/appellant's _Reply to Affirmation of A. Alexander Donn_
_of Appellate Advocates in Response to Coram Nobis Application_

by placing such in a sealed envelope and placed in a U.S. postal box located at Great

Meadow C.F., Box 51, Comstock, New York 12821, and served upon the below named

parties at the below address:

Appellate Advocates          Richmond Co. Dist. Atty          Appellate Division, 2nd Dept
Att: A. Alexander Donn          Att: Appeals Bureau          Clerk Aprilanne Abostiono
111 John st. 9th Fl.          130 Stuyvestant Place          45 Monroe Place
New York, N.Y. 10038          Staten Island, NY 10301          Brooklyn, N.Y. 11201

Sworn to before me this                    _Anthony Rucano_
                                            Anthony Rucano, 11A0528
_27th_ day of _October_ 2016                Great Meadow Correctional Facility
                                            P.O. Box 51
                                            Comstock, NY 12821-0051

NOTARY PUBLIC

PAT J SULLIVAN
Notary Public, State of New York
No. 01SU6316844
Qualified in Saratoga County
Commission Expires Dec. 22, 2018

Appendix "XX"

Verification With Affidavit of Service Only

## VERIFICATION WHEN NOTARY PUBLIC IS UNABAILABLE

I, ___Anthony Rucano___, am a prisoner of the State of New York,

currently incarcerated at the Great Meadow Correctional Facility, which is located at

11739 State Route 22, P.O. 51, Comstock, N.Y. 12821-0051, and my ability to acquire

the services of a Notary Public is entirely under the control of Corrections Staff and

Officials. I have made several attempts to obtain a Notary Public via Law Library as well

as by requesting the same to my company officer and other officers here at Great

Meadow. Contrary to the decision handed down by the U.S. Supreme Court in **Bounds v**

**Smith**, 430 U.S. 817, 824-25, 97 S.Ct 1941, at 1946 (1977), I have not received such

services to date, nor have I been advised as to how or when the next available Notary

Public services will be forthcoming.

   **THEREEFORE**, I must verify the enclosed documents by the method approved

in the decision of **People v Sullivan**, 56 N.Y.2d 378 (1982), to wit:

>       I verify that the foregoing statements and/or documents are true
> and accurate to the best of knowledge, and that I base them upon facts
> that I personally know, or believe in good faith to be true. I further
> declare and /or verify that any false statements made herein are to be
> punishable as a Class A Misdemeanor pursuant to Penal Law §210.40.
> I further understand that to offer or present the foregoing documents to
> a judicial officer, knowing that it contains any false statement(s), is
> punishable as a Class A Misdemeanor Pursuant to Penal Law §175.30.

Executed on this 1st day of __February__, 201 7

**Documents Verified Are:**

1) Reply to Affirmation of the
   Richmond County District Att'y's
   Office in Response to Coram
   Nobis Application
2) Affidavit of Service

_Anthony Rucano_
Anthony Rucano, 11A0528
Great Meadow Corr. Facility
P.O. Box 51
Comstock, N.Y. 12821-0051

**AFFIDAVIT OF SERVICE**

State of New York          )
                           ) ss:
County of Washington )

I, ~~Anthony Rucano~~ , being duly sworn, deposes and says:

That I am the ~~petitioner~~/defendant/appellant named herein and make this affidavit

of service to establish service upon the below named parties pertaining to

~~petitioner~~/defendant/appellant's   Reply to Affirmation of the Richmond

County District Att's Office in Response to Coram Nobis Application

by placing such in a sealed envelope and placed in a U.S. postal box located at Great

Meadow C.F., Box 51, Comstock, New York 12821, and served upon the below named

parties at the below address:

Richmond County District Attorney
ATT: Appeals Bureau
130 Stuyvesant Place
Staten Island, N.Y. 10301

Appellate Advocates
ATT: Lynn Fahey
111 John st., 9th Floor
New York, N.Y. 10038

Sworn to before me this

1st day of February 201 7

_Anthony Rucano_
Anthony Rucano, 11A0528
Great Meadow Corr. Facility
P.O. Box 51
Comstock, N.Y. 12821-0051

See Verification Attached
NOTARY PUBLIC

APPendix "YY"

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

D51848
G/htr

_____AD3d_____

WILLIAM F. MASTRO, J.P.
CHERYL E. CHAMBERS
SHERI S. ROMAN
HECTOR D. LASALLE, JJ.

2011-01960                                               DECISION & ORDER

The People, etc., respondent, v Anthony Rucano,
appellant.

(Ind. No. 270/09)

 Anthony Rucano, Comstock, NY, appellant pro se.

 Michael E. McMahon, District Attorney, Staten Island, NY (Morrie I. Kleinbart and
 Alexander Fumelli of counsel), for respondent.

 Lynn W. L. Fahey, New York, NY (A. Alexander Donn of counsel), former appellate
 counsel.

 Application by the appellant for a writ of error coram nobis to vacate, on the ground
of ineffective assistance of appellate counsel, a decision and order of this Court dated July 1, 2015
(*People v Rucano,* 130 AD3d 656), affirming a judgment of the Supreme Court, Richmond County,
rendered January 21, 2011.

 ORDERED that the application is denied.

 The appellant has failed to establish that he was denied the effective assistance of
appellate counsel (*see Jones v Barnes,* 463 US 745; *People v Stultz,* 2 NY3d 277).

MASTRO, J.P., CHAMBERS, ROMAN and LASALLE, JJ., concur.

                                        ENTER:

                                        Aprilanne Agostino
                                        Clerk of the Court

April 12, 2017

                    PEOPLE v RUCANO, ANTHONY

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: SECOND DEPARTMENT

THE PEOPLE OF THE STATE OF NEW YORK,

                    Respondent,

        -against-

ANTHONY RUCANO,

                Defendant-Appellant.

**ORDER WITH NOTICE OF ENTRY**

Richmond County Ind. No. 270/2009

Appellate Division No. 2011-01960

        PLEASE TAKE NOTICE, that the within is a true copy of the Decision and Order dated

April 12, 2017, that was entered with the Clerk of the Court named herein.

Dated: April 25, 2017
       Staten Island, New York

                               *Alex Fumelli*
                              Alexander Fumelli
                              Assistant District Attorney

To:    Anthony Rucano
       11A0528
       Great Meadow Correctional Facility
       P.O. Box 51
       Comstock, NY 12821-0051

APPendix "ZZ"

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF WYOMING )

_Anthony Rucano_, being duly sworn, deposes and says:

that on this 20th day of _June_, 20 17, I have served true and exact

copies of the foregoing documents: _Record on Appeal for Writ of_

_Error Coram Nobis submitted to the Second Department_

_Case No. 2011-01960_

upon the below listed person(s), to wit: _____

_New York State Court of Appeals_

_ATT: Chief Clerk John P. Asiello_

_Court of Appeals Hall_

_20 Eagle st_

_Albany, N.Y. 12207-1095_

by placing same in postage prepaid envelopes and depositing in the U.S. Mail at Attica

Correctional Facility.

DATED: _June 20th_, 20 _17_

Yours, etc.

_Anthony Rucano_

Attica Correctional Facility
P.O. Box 149
Attica, New York 14011

SWORN TO THIS _20_

DAY OF _June_, 20 _17_

_____

NOTARY PUBLIC

**BRIAN HEMBROOK**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 01HE6342568
Qualified In Erie County
My Commission Expires 05-31-2020

Appendix "AAA"

Affidavit of Service Only

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF WYOMING  )

     _Anthony Rucano_ , being duly sworn, deposes and says:
that on this _20th_ day of _August_ , 20 _17_ , I have served true and exact
copies of the foregoing documents: _Statement in Support of Certificate_
_Granting Leave To Appeal, App. Div. Case No. 2011-01960 And_
_Richmond County Ind. No. 270/09, from Denial of Writ of Error Coram Nobis_

upon the below listed person(s), to wit: _____

| | |
|---|---|
| Richmond County District Attorney | Appellate Advocates |
| ATT: Appeals Bureau | ATT: Lynn Fahey / A. Alexander Donn _of counsel_ |
| 130 Stuyvesant Place | 111 John St. 9th Floor |
| Staten Island, N.Y. 10301 | New York, N.Y. 10038 |

by placing same in postage prepaid envelopes and depositing in the U.S. Mail at Attica
Correctional Facility.

DATED: _August 20th_ , 20 _17_

Yours, etc,

_Anthony Rucano_
Anthony Rucano, 11A0528
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011

SWORN TO THIS _20_
DAY OF _August_ , 20 _17_

_____
NOTARY PUBLIC

BRIAN HEMBROOK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HE6342568
Qualified In Erie County
My Commission Expires 05-31-2020

APPendix "BBB"

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF WYOMING )

_____Anthony Rucano_____, being duly sworn, deposes and says:

that on this __5th__ day of ____October____, 20_17_, I have served true and exact

copies of the foregoing documents: Supplemental Statement in Support

of Certificate Granting Leave To Appeal- Appellate Division

Case # 2011-01860

upon the below listed person(s), to wit:

| Richmond County District Attorney's Office | Appellate Advocates |
| ATT. Appeals Bureau | ATT: Lynn Fahey |
| 130 Stuyvesant Place | 111 John st. 9th Floor |
| Staten Island, N.Y. 10301 | New York, N.Y. 10038 |

by placing same in postage prepaid envelopes and depositing in the U.S. Mail at Attica

Correctional Facility.

DATED: __October 5th__, 20_17_

Yours etc.

_Anthony Rucano_
Anthony Rucano, 11A0528
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011

SWORN TO THIS __5th__

DAY OF __October__, 20_17_

See Verification Attached

NOTARY PUBLIC

Appendix "CCC"

# State of New York
# Court of Appeals

BEFORE:  HON. JANET DiFIORE, Chief Judge

THE PEOPLE OF THE STATE OF NEW YORK,

                                              Respondent,

          -against-                                                    **ORDER**
                                                                       **DENYING**
                                                                       **LEAVE**

ANTHONY RUCANO,                        Appellant.

          Appellant having applied for leave to appeal to this Court pursuant to Criminal Procedure

Law § 460.20 from an order in the above-captioned case;*

          UPON the papers filed and due deliberation, it is

          ORDERED that the application is denied.

Dated:  OCT 1 9 2017

                                              Chief Judge

*Description of Order:  Order of the Appellate Division, Second Department, entered April 12,
2017, denying defendant's motion for a writ of error coram nobis.

Anthony Rucano 11A0528
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582-4000

August 3rd, 2018

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 10 2018 ★

BROOKLYN OFFICE

To Pro Se Clerk,

    Good Morning, enclosed You will find my Habeas Petition And Poor Person Papers. Also included is An Appendix List that details the extensive record in the state court Proceedings.

    For the courts convenience, I have included All Available Decision And Orders And Affidavits of Service for All of my Pro-Se submissions to the state courts, to facilitate in the obtaining of the record in this matter.

    My Supplemental Hand Written Petition has a Table of Contents, Table of Cases, Questions Presented And An outline of my Procedural History; Necessary for the Point I raise challenging the Structural And Procedural Adequacy of the laws in N.Y. State.

    I tried very hard for uniformity in referring to the record with the Appendix, And for readability in referring to a larger than normal record (due to my extensive Pro-se Applications) in An effort to make this Courts Job easier. I hope I have succeeded.

    God Bless the Honorable Court, I will Await the Courts response concerning service. Thank You for Your time

Most Respectfully Yours

Anthony Rucano