UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTHONY RUCANO, *pro se*,

                Petitioner,

      -against-

J. LAMANNA
Superindent of Green Haven
Correctional Facility,

                Respondent.

18-CV-4586 (KAM)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
COUNTY OF RICHMOND ) ss.:

      Sarah Levine, being duly sworn, deposes and says:

      1.    I am over 18 years of age and am employed by the Richmond County District Attorney's Office, 130 Stuyvesant Place, Staten Island, New York.

      2.    On December 3, 2018, I served a copy the respondent's November 28, 2018 extension request and a copy of the Court's Order dated 11/29/2018 on the above-captioned case by mailing it to the individual at the address shown below:

> Anthony Rucano
> #11-A-0528
> Green Haven Correctional Facility
> P.O. Box 4000
> Stormville, NY 12582-4000

Into a repository, at the intersection of Stuyvesant Place & Hyatt Street, Staten Island, NY, maintained by and under the exclusive care and custody of the United States Postal Service.

                                                                                         Sarah Levine

Sworn to before me this
December 3, 2018.

*Notary Public*

OLGA D'ALESSIO
NOTARY PUBLIC-STATE OF NEW YORK
NO 01DA6327821
QUALIFIED IN RICHMOND COUNTY
MY COMMISSION EXPIRES 07 20-2019