Anthony Rucano 11A0528
Green Haven Correctional Facility
P.O. Box 4000
Stormville, N.Y. 12582-4000
November 23rd, 2018
18-CV-4586 (KAM)

To that Pro-Se Clerk,

   Enclosed you will find a Notice of Motion and Declaration in Support of Motion Pursuant to Rule 6(A) of the Rules Governing §2254 Cases For An Order Granting Discovery, with a Certificate of Service on the Richmond Co. Dist. Atty and Attorney Generals Office.

   Please be informed that on Nov. 21st, 2018, I received service of the record from the Rich. Co. Dist. Atty's Office, ADA Fumelli. I am in the process of verifying its completeness. As a matter of first impression, I noticed that Exhibits were attached to Article 440 but not to other motions. Although I understand a lot of said exhibits are duplicative, there are various exhibits not duplicative, and therefore missing.

   I will submit a detailed objection, using the ECF Assigned Document #'s to assist the court in easily identifying issues, in the next 7-10 days.

   I hope that the Court staff and its families enjoyed the Thanksgiving holiday. Thank you for your time and assistance with my Habeas Petition.

                      Respectfully Yours,

                      Anthony Rucano

cc: Asst. Dist. Atty. Alexander J. Fumelli
    N.Y. State Atty. Generals Office



RECEIVED
NOV 29 2018
PRO SE OFFICE