In The United States District Court
For The Eastern District of New York

Anthony Rucano,
                Petitioner,

    -against-

J. LaManna, Superintendent of Green Haven Correctional Facility,
                Respondent,

----------------------------------------

Notice of Motion Pursuant To Rule 6(a) of the Rules Governing § 2254 Cases

Case # 18-CV-4586 (KAM)

    PLEASE TAKE NOTICE, that upon the accompanying Declaration in Support of Motion ~~and Memorandum of Law~~, and upon the pleadings and all prior papers by and between the parties, the Petitioner will move for AN ORDER Pursuant to Rule 6(a) of the Rules Governing § 2254 Cases, Granting Discovery Upon Good Cause Shown by Presenting specific allegations that will give this Court reason to believe that the Petitioner may, if the facts are fully developed, be able to demonstrate he is entitled to relief, and for such other and further relief this Court deems just, proper and equitable.

Dated: __November 23rd__, 2018
       Stormville, New York

cc: Attorney General of the State of N.Y.
    The Capitol
    Albany, New York 12224-0341

    Richmond County District Attorney
    130 Stuyvesant Place
    Staten Island, New York 10301

Respectfully Submitted,

*Anthony Rucano*
_____
Anthony Rucano, 11A0528
Green Haven Corr. Facility
P.O. Box 4000
Stormville, N.Y. 12582-4000



RECEIVED
NOV 29 2018
PRO SE OFFICE