

Anthony Rucano 11A0528
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582-4000

December 4th, 2018

18-CV-4586 (KAM)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 12 2018 ★

BROOKLYN OFFICE

RECEIVED DEC 12 2018 PRO SE OFFICE

To the Clerk of the Court,

Enclosed you will find a Certificate of Service for Letter of Objection, with reports, concerning missing and incomplete record on appeal that was submitted by Asst. Dist. Atty. Alexander Fumelli of the Richmond Co. District Atty's Office a few weeks ago.

Please accept my apology, as I mistakenly failed to provide this Certificate of Service to the court with this letter of objection when I mailed it to the court and District Attorney/Attorney General on November 26th, 2018.

Furthermore, the Honorable Court issued an order granting [7] Motion For Extension of Time to Answer, with Respondents Answer Due on November 28th, 2018, a Wednesday.

Today is Tuesday, December 4th, 2018, 4 business days later, and I have not received the respondents answer, and the mail has already been delivered today. If a further extension of time was granted and/or my letter of objection has extended Respondents said time to answer, I received no notice of such. May I please be informed of the status of these proceedings. God bless you and thank you.

Finally, some of the exhibits attached to Leave Applications to State Appellate Courts were extra-record, and as no state Appellate Court granted me leave to appeal on any of my post-conviction applications, those records are not part of the record on appeal.

Nevertheless, these records consist of contracts between the City of New York and Appellate Advocates, and other records providing substantial support to my claims of a convoluted statutory and procedural scheme.

Page 1

in New York rendering it unconstitutional under the Doctrine of Structural and Procedural Adequacy; I am creating a detailed report of such records and a synopsis of their relevancy and materiality to these Proceedings, which I will submit in a formal motion under Rule 7 of Rules Governing §2254 Cases to Expand the Record, in the near future. I am also submitting formal interrogatories for Asst. Dist. Atty Anthony Katchen to supplement to my Rule 6 motion recently submitted.

My goal is to assist this Court by including additional materials relevant to the merits of this Petition which may provide valuable insight to the court in determining the necessity of an evidentiary hearing. Prudence also dictates that I move for the assignment of counsel, as I have done so repeatedly and consistently in the state courts, just to be denied at every turn.

Quoting the Honorable Senior U.S. District Judge Jack B. Weinstein, "The Present rule of no right to counsel on a collateral attack should be stood on its head... Defendants need counsel in serious collateral attacks on their sentences for unconstitutionality as well as at trial" see David Garcia v. Victor T. Herbert, 2018 WL 6272778 * 4 (Nov. 30th, 2018, E.D.N.Y.)

God Bless this Honorable Court for its time and assistance in helping me to seek Justice in a timely manner.

cc: Asst. Dist. Atty Alexander Fumelli
N.Y. State Attorney Generals Office

Most Respectfully Yours,

Anthony Rucano
and Family

United States District Court
For the __Eastern__ District

U.S.C.A. Docket No __18-CV-4586__ (__KAM__)(____)

Certificate of Service

__Anthony Rucano__

Plaintiff,

v.

__J. LaManna, Superintendent of Green Haven Correctional Facility__,

Defendants,

---

I, __Anthony Rucano__, hereby certify under Penalty of Perjury that on the __26th__ day of __November__, 20__18__, I served by United States Mail __Letter of Objection To Record on Appeal (Under Rule 5) with Reports "Missing Items of Record on Appeal" and "Incomplete Filings of State Court Record"__

on the following parties,

__Richmond County District Att'ys Office__
__ATT: Asst. D.A. Alexander J. Fumelli__
__130 Stuyvesant Place, Suite 7__
__Staten Island, New York 10301-1900__

__New York State Attorney Generals Office__
__The Capitol__
__Albany, New York 12224-0341__

Respectfully Submitted,

*Anthony Rucano*
__Anthony Rucano__, __11A0528__
__Green Haven__ Correctional Facility
__P.O. Box 4000__
__Stormville__ N.Y. __12582-4000__

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Anthony Rucano    DIN: 11A0528



United States District Court
Eastern District of New York
Att: Pro-Se Clerk
225 Cadman Plaza East
Brooklyn, New York 11201

NEOPOST
12/07/2018
US POSTAGE $000.○

ZIP 12582
041L11259010

18-CV-4586 (KAM)

LEGAL MAIL