UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY RUCANO, *pro se*,<br><br>                Petitioner,<br><br>-against-<br><br>J. LAMANNA<br>Superindent of Green Haven<br>Correctional Facility,<br><br>                Respondent. | 18-CV-4586 (KAM)<br><br>**ATTORNEY'S<br>AFFIRMATION OF SERVICE** |

STATE OF NEW YORK    )
COUNTY OF RICHMOND  ) ss.:

      Alexander Fumelli, an assistant district attorney, of counsel to Michael E. McMahon, District Attorney of Richmond County, admitted to practice before this Court, affirms as follows:

      On December 21, 2018, I served the Amendments To State Court Record on the above-captioned case by mailing one true copy of it, enclosed in an envelope, addressed to the individual at the address shown below:

           Anthony Rucano
           #11-A-0528
           Green Haven Correctional Facility
           P.O. Box 4000
           Stormville, NY  12582-4000

Into a repository, at the intersection of Stuyvesant Place & Hyatt Street, Staten Island, NY, maintained by and under the exclusive care and custody of the United States Postal Service.

Date:  December 21, 2018
        Staten Island, NY

                                                              _____
                                                              Alexander Fumelli