Anthony Rucano 11A0528
Green Haven Correctional Facility
P.O. Box 4000
Stormville, N.Y. 12582-4000

December 27th, 2018

18-CV-4586 (KAM)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 03 2018 ★

**BROOKLYN OFFICE**

To the Pro-Se Clerk,

   I received the updated docket sheet as of 12/20/18 at 3:30 pm. Thank You. You should have received the Rule 7(A) motion the next day.

   Please relay my apology to the court for the sequential filing of the Rule 6 and Rule 7 motions, it was not my intention to create extra work and/or waste valuable judicial time and resources.

   As of today (10pm), I have not received a response from ADA Fumelli with the corrected record, which the court ordered to be filed, after granting an extension of time [23] by Friday, December 21st, 2018.

   I expect that I will shortly receive renewed schedule for respondent to answer Rule 6 and 7 motion, at same time, shortly.

   Finally, I will place proposed interrogatories in the mail on 7am, Monday December 31st, 2018, which should be delivered to the U.S. Postal Service the same day.

   God Bless the Court and thank You for Your time and Patience with me. My Amended Habeas Corpus Petition will be placed in the mail within the 30 days alotted, January 9th, 2019, with Proof of Service. Have a Happy New Year.

Respectfully Yours,

Anthony Rucano

Anthony Rucano, 11A0528

CC: Atty General of the State of N.Y.
   The Capitol, Albany, N.Y. 12224-0341

Richmond County District Attorney's Office
Att: Asst Dist Atty Alexander Fumelli
130 Stuyvesant Place, Suite 7
Staten Island, NY 10301-1900

RECEIVED
JAN 03 20??
PRO SE OFFICE

Pro-Se. Clerk

## Follow-UP on ReQuests in my December 11ᵗʰ Letter

I reQuested, under U.S. Dist. Ct. Rules, E D N Y, CJA Plan E.D., under Section VII " ComPosition of Panel of Private Attorneys", Subsection B, " Maintenance of List and Distribution of Assignments", the

"... Public record of Assignments to Panel And FDNY Attorneys", which the clerk is reQuired to maintain a current list of All Attorneys on the CJA Panel, with current office Addresses.

Please send me the list of All Assignments, with name and office Addresses, for last 3 Years, so I may seek Pro-Bano representation on my own.

Also Please send me and Financial Forms and Affidavits for the Assignment of discretionary counsel. (see Section III, " Provision of Representation", B, " Discretionary Assignment", subsection 1.

Thank You And God Bless You. I deePly APPreciate Your time And assistance in my Quest for Justice

Anthony Rucano
and Family

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK  12582-4000

NAME: _Anthony Rucano_  DIN: _11A0528_

NEOPOST
12/28/2018
US POSTAGE $000.47⁰

ZIP 12582
041L11259010

United States District Court
Eastern District of New York
Att: Pro Se Clerk
225 Cadman Plaza East
Brooklyn, N.Y. 11201

18-CV-4586 (KAM)

1120131818 C030

Legal Mail