Anthony Rucano 11A0528
Green Haven Correctional Facility
P.O. Box 4000
Stormville, N.Y. 12582-4000
December 31st, 2018

To Pro-Se Clerk,

Enclosed you will find my "Amended and Supplemental Memorandum of Law in Support of Petition For Writ of Habeas Corpus Pursuant To 28 USC 2254", with a certificate of service showing service on the Richmond County District Attorney's Office, ATT: ADA Alexander Fumelli.

Also enclosed is a corrected Certificate of Service for my "Reply Declaration in Support of Motion Pursuant to Rule 6(a) of the Rules Governing §2254 Cases", as the one I mailed yesterday failed to include information showing it was mailed To the Richmond County District Attorney. I apologize for the oversight.

Due to my discovery that I had 21 days, and not 30 days, to file an Amended Habeas Petition as of right, I have been delayed in completing proposed interrogatories for ADA Anthony Hatchen. They will be completed and in the mail shortly.

God Bless The Court and thank you for your time, understanding and patience with this Pro-Se litigant.

Respectfully Yours,

Anthony Rucano



RECEIVED JAN 07 2019 PRO SE OFFICE