


```
Anthony Rucano, 11-A-0528
Green Haven Correctional Facility
         P.O. Box 4000
   Stormville, N.Y. 12582-4000
       December 10th, 2020
```

United States District Court
Eastern District of New York
Att: Pro-Se Clerk
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Change of Address, Case No. 9:18-CV-4586 (KAM)

To the Pro-Se Clerk,,

   Please be advised that I was released from State Prison on December 10th, 2020, and am no longer located at the address found at the top of this letter.

   As I still have my Petition For A Writ of Habeas Corpus pending in this Court, identified above, please insure that the court's files related to the above petition are updated with the following address listed below:

Anthony Rucano
1848 E. 12th Street
Brooklyn, N.Y. 11229

   Thank you for your time and attention to this very important matter.

Respectfully Submitted,

Anthony Rucano
Anthony Rucano

cc: Richmond County District Attorney
    Att: Alexander Fumelli
    130 Stuyvesant Place
    Staten Island, N.Y. 10301

1

Anthony Rocano
1848 E. 12th Street
Brooklyn, N.Y. 11229

NEW YORK NY 100
11 DEC 2020 PM 13 L

RECEIVED
DEC 18 2020
PRO SE OFFICE

United States District Court
Eastern District of New York
Att: Pro Se Clerk
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Change of Address Notification