UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANTHONY RUCANO,

               Petitioner,

                                                                             JUDGMENT
                                                                            18-CV-4586 (KAM)

             -against-

J. LaMANNA, SUPERINTENDENT OF
GREEN HAVEN CORRECTIONAL FACILITY,

             Respondent.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on October 4, 2021, denying the petition for a writ of habeas corpus in its entirety; and denying the issuance of a certificate of appealability, 28 U.S.C. § 2253(c)(2); it is

       ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied in its entirety; and that no certificate of appealability shall issue, 28 U.S.C. § 2253(c)(2).

Dated: Brooklyn, NY                                         Douglas C. Palmer
       October 4, 2021                                          Clerk of Court

                                                                          By: */s/Jalitza Poveda*
                                                                                Deputy Clerk